```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 22136
   ANTOINE M FEEMSTER
   BARBARA A FEEMSTER                        CHAPTER 13

                                             JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-2563    SSN XXX-XX-1659

--------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------
    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 11/27/07 .

    2.  The case was dismissed without confirmation, 01/04/2008.

--------------------------------------------------------------------
CREDITOR NAME             CLASS        CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                         PAID           PAID
--------------------------------------------------------------------

         Summary of disbursements:
--------------------------------------------------------------------
                  SECURED    PRIORITY   UNSECURED       OTHER        TOTAL
--------------------------------------------------------------------
TOTAL CLMS ALLOWED    .00        .00         .00          .00          .00
PRINCIPAL PAID        .00        .00         .00          .00          .00
INTEREST PAID         .00        .00         .00          .00          .00
TOTAL PAID            .00        .00         .00          .00          .00
The Debtor's attorney, ARTHUR P SANDERMAN          , was allowed $      .00
and was paid $      .00 .

The Trustee received $      .00 .

Refunds to the Debtor totaled $      .00 .




         Dated: 04/16/08              /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
     CASE NO. 07 B 22136 ANTOINE M FEEMSTER & BARBARA A FEEMSTER
```